1  Tamara L. Boeck, Esq. (SBN: 166939)
   BULLIVANT HOUSER BAILEY
2  1415 L Street, Suite 1000
   Sacramento, CA  95814
3  (916) 930-2500
   (916) 930-2501
4  tami.boeck@bullivant.com

5  Attorneys for HARTFORD LIFE AND
   ACCIDENT INSURANCE CO.; THE
6  HARTFORD; and MERCURY INSURANCE
   COMPANY
7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                SACRAMENTO DIVISION

11 TANYA HANCOCK,                         Case No.: 2:06-CV-00208-FCD-DAD

12              Plaintiff,                **STIPULATION AND
                                          ORDER TO STAY LITIGATION
13        vs.                             PENDING ADMINISTRATIVE REVIEW**

14 HARTFORD LIFE AND ACCIDENT
   INSURANCE CO.; THE HARTFORD;
15 MERCURY INSURANCE COMPANY; AND
   DOES 1 TO 100, Inclusive,
16
17              Defendants.

18

19

20        The Plaintiff and Defendants do hereby agree and STIPULATE to stay this proceeding

21 120 days to allow the Plaintiff to exhaust her administrative remedies under The Hartford Plan

22 that is the subject of this litigation.  The general rule in the Ninth Circuit is that a claimant must

23 exhaust an ERISA plan's internal review procedures before seeking recovery of such benefits in

24 court.  *Amato v. Bernard*, 618 F2d 559, 566-68 (9th Cir 1980); and *Diaz v. United Agricultural

25 Employee Welfare Benefit Plan*, 50 F3d 1478, 1483 (9th Cir 1995) (citing *Amato*, supra).

26        Here, both the Plaintiff and Defendants agree that Plaintiff shall pursue an appeal of the

27 denial of her claim for disability, based on her denial letter dated February 5, 2004, and that this

28 action shall be stayed for 120 days, or the earlier or later date of a final decision by The

                              – 1 –

Hartford.  Neither the Plaintiff nor the Defendants shall waive any claims nor rights by staying the litigation and resuming the administrative procedure.


Dated:  June 21, 2006                              BULLVANT HOUSER BAILEY
                                                   A Professional Corporation


                                      By _____/s/_____
                                                   Tamara L. Boeck, Esq.
                                                   Attorneys for Defendants


Dated: June 21, 2006                               MASTAGNI, HOLSTEDT, AMICK


                                      By _____/s/_____
                                                   Amanda Uhrhammer, Esq..
                                                   Attorneys for Plaintiff


        PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.


Dated: June 29, 2006                               /s/ Frank C. Damrell Jr._____
                                                   Judge of the U.S. District Court

STIPULATION AND ORDER TO STAY PENDING LITIGATION