Amanda Uhrhammer/SBN 199445
MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
1912 I Street
Sacramento, CA 95814
TEL. (916) 446-4692
FAX: (9169 447-4614
Attorneys for Plaintiff

Tamara Boeck
BULLIVANT, HOUSER & BAILIEY
1415 L STREET, SUITE 1000
Sacramento, CA 95814
Tel: (916) 930-2500
Fax: (916) 930-2501
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HANCOCK<br>        Plaintiffs,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE HARTFORD; MERCURY INSURANCE COMPANY; AND DOES 1 TO 100, INCLUSIVE<br>        Defendants. | Case No. 2:06-CV-00208-FCD-DAD<br><br>STIPULATION TO EXTEND STAY |

The Plaintiff and Defendants do hereby agree and STIPULATE to extend the stay of this proceeding for an additional 120 days to allow the Plaintiff to exhaust administrative remedies and to allow Defendants to consider her claim under the Hartford Plan that is the subject to this litigation. The general rule in the Ninth Circuit is that a claimant must exhaust an ERISA plan's internal review procedures before seeking recovery of such benefits in court. *Amato v. Bernard*, 618 F.2d 559, 566-68 (9th Circuit 1980).

Here, both Plaintiff and Defendants agree that Plaintiff shall pursue an appeal of the denial of her claim for disability based on the denial letter dated February 5, 2004, and that this action shall be stayed for an additional 120 days or the earlier or later of the final decision by The Hartford. Neither Plaintiff nor Defendants shall waive any claim or rights by staying the litigation and resuming administrative procedure.

Dated: October 19, 2006                    MASTAGNI, HOLSTEDT, AMICK,
                                           MILLER, JOHNSEN & UHRHAMMER


                                           /s/  Amanda Uhrhammer                ,
                                           AMANDA UHRHAMMER
                                           Attorneys for Plaintiff


Dated: October 19, 2006                    BULLIVANT, HOUSER & BAILEY

                                           /s/           Tamara Boeck           ,
                                           TAMARA BOECK
                                           Attorneys for Defendants


Pursuant to the Stipulation of the Parties,

IT IS SO ORDERED

Dated: October 20, 2006


                                           /s/ Frank C. Damrell Jr.
                                           JUDGE OF THE US DISTRICT COURT