1  Amanda Uhrhammer (SBN 199445)
2  **MASTAGNI, HOLSTEDT, AMICK**,
   **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
3  1912 "I" Street
   Sacramento, California 95814
4  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
5
6  Attorneys for Plaintiff
7  Tamara Boeck
   **BULLIVANT HOUSER BAILEY**
8  1415 L Street, Suite 1000
   Sacramento, CA 95814
9  Telephone:  (916) 930-2500
   Facsimile:   (916) 930-2501
10
   Attorneys for Defendants
11
12               **UNITED STATES DISTRICT COURT**
13        **FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**
14

| | |
|---|---|
| 15  TANYA HANCOCK; | Case No.: 2:06-cv-00208-FCD-DAD |
| 16        Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| 17  HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE HARTFORD; MERCURY INSURANCE COMPANY; AND DOES 1 TO 100, Inclusive | |
| 18 | |
| 19 | |
| 20        Defendants. | |

21  IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure,
22  Rule 41(a)(1) , by and between Plaintiff TANYA HANCOCK and Defendants HARTFORD LIFE
23  AND ACCIDENT INSURANCE CO.; THE HARTFORD; MERCURY INSURANCE
24  COMPANY(collectively "Defendants"), as follows:
25  1.      This action was commenced in the Eastern District of the United States District Court, on
26  March 9, 2006.
27  2.      The action is not a class action; a receiver has not been appointed; and the action is not
28

STIPULATION AND                                        2:06-CV-00208-FCD-DAD
ORDER OF DISMISSAL

governed by any statute of the United States that requires an order of the court for dismissal.

3.      This action in its entirety and each cause of action therein, is **DISMISSED <u>WITH</u>**

**<u>PREJUDICE</u>** , based upon settlement between Plaintiff and all Defendants having appeared in this

action pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear their own costs

and fees associated with this lawsuit.

Respectfully Submitted.


Dated:  August 2, 2007                              **MASTAGNI, HOLSTEDT, AMICK,**
                                                    **MILLER, JOHNSEN & UHRHAMMER**


                                                        /s/   Amanda Uhrhammer
                                                    Amanda Uhrhammer
                                                    Attorneys for Plaintiffs


Dated: August 2, 2007                               **BULLIVANT HOUSER BAILEY**


                                                        /s/   Tamara L. Boeck
                                                    Tamara L. Boeck
                                                    Attorneys for Defendants


IT IS SO ORDERED DISMISSED WITH PREJUDICE.


Dated:  August 2, 2007

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE